**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| ROBERT J. BARKER AND DIANE B. BARKER, HUSBAND AND WIFE, | : No. 18 WAL 2015<br>:<br>: |
| Petitioners | : Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| v. | :<br>:<br>:<br>: |
| DAHLKEMPER LANDSCAPE ARCHITECTS & CONTRACTORS, INC., | :<br>:<br>: |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.